ACCEPTED
01-15-00789-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/17/2015 11:01:00 AM
CHRISTOPHER PRINE
CLERK

Cause No. 01-15-00789-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/17/2015 11:01:00 AM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FIRST COURT OF APPEALS DISTRICT OF TEXAS
HOUSTON, TEXAS

LOAN NGUYEN

Appellant,

V.

TARGET CORPORATION

Appellee.

On Appeal from The 269th Judicial District Court of Harris County, Texas
Trial Court Cause No. 2013-76879

**APPELLEE TARGET CORPORATION'S MOTION TO DISMISS FOR WANT OF PROSECUTION**

TO THE HONORABLE COURT OF APPEALS:

Defendant TARGET CORPORATION files this Motion to Dismiss the Appellant's Notice of Appeal for Want of Prosecution based on Appellant Loan Nguyen's failure to diligently prosecute her claims.

1.      On September 14th, 2015, this Honorable Court received a Notice of Assignment from the 269th Judicial District Court of Harris County, Texas.

1

2. On September 15th, 2015, this Honorable Court issued a Notice requiring that Appellant file her filing fee on or before October 5, 2015. Further, this Court required that the District Court Reporter file the record on or before October 9, 2015.

3. On October 6, 2015, this Honorable Court issued a reminder to the Appellant, noting that the filing fee had not been paid and that if the fee was not paid on or before November 5, 2015, the appeal may be dismissed.

4. Contrary to the Texas Rules of Appellate Procedure and this Court's prior Notices, neither the filing fee nor the underlying record have been filed with this Honorable Court. In this regard, the Appellant has not paid the filing fee and has not paid for the underlying record. Thus, Appellee Target Corporation respectfully requests that this Honorable Court dismiss Appellant Loan Nguyen's Appeal for want of prosecution.

## PRAYER

For the foregoing reasons, Appellee TARGET CORPORATION respectfully moves the Court to dismiss Appellant Loan Nguyen's Notice of Appeal and Appellant Defendant TARGET CORPORATION seeks all costs of court.

Respectfully submitted,

**GERMER, PLLC**

By: /s/ Troy A. Williams
TROY A. WILLIAMS
State Bar No. 00788678
ROBIN BLANCHETTE
State Bar. No. 24045509
Three Allen Center
333 Clay Street, Suite 4950
Houston, Texas 77002
*Telephone*: (713) 650-1313
*Facsimile:* (713) 739-7420

2

*E-Mail:* twilliams@germer.com

ATTORNEYS FOR DEFENDANT,
TARGET CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been duly sent by facsimile transmission, on December 17, 2015 to the following counsel:

*(713) 831-6899*
Todd E. Webb
The Webb Law Firm
3730 Kirby Dr., Suite 1200
Houston, TX  77098

/s/ Troy A. Williams
TROY A. WILLIAMS